813 A.2d 641

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Lindon Edward JOHNSON, Appellant.**

Supreme Court of Pennsylvania.

·Argued Dec. 3, 2002.

Decided Dec. 27, 2002.

David B. Keeffe, for Lindon Edward Johnson, appellant.

Todd K. Hinkley, Hallstead, Stephen G. Downs, Robert Bruce McGuinness, Towanda, for Com. of Pa., appellee.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Chief Justice ZAPPALA and Justice CAPPY and NIGRO dissent.